# Third District Court of Appeal

## State of Florida

Opinion filed May 6, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0583
Lower Tribunal No. F98-505
_____

**Brian Norman,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, David Young, Judge.

Brian Norman, in proper person.

James Uthmeier, Attorney General, and Lourdes B. Fernandez, Assistant Attorney General, for appellee.

Before SCALES, C.J., and LINDSEY and GOODEN, JJ.

PER CURIAM.

Affirmed. See State v. Johnson, 122 So. 3d 856, 865 (Fla. 2013); Hughes v. State, 901 So. 2d 837, 846 (Fla. 2005).